IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| WILLIAM DILLARD TAYLOR<br>ADC #070160 | PETITIONER |
| V.   NO. 5:02CV00247 JWC | |
| LARRY NORRIS, Director,<br>Arkansas Department of Correction | RESPONDENT |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice

IT IS SO ORDERED this 26th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE